In the Matter of the Judicial Settlement of the Account of LESLIE J. FELT, as Executor, etc., of AUGUSTA MARTIN, Formerly AUGUSTA PRITSCHKAT, Deceased. GEORGE MARTIN. ADOLPH PRITSCHKAT.— Motion for reargument of appeal, or

for resettlement of order entered May 31, 1935, denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.